IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY F. EVERETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 20-0349-MU ) |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security,[1] | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **25th** day of **April, 2022**.

                                       s/P. BRADLEY MURRAY
                                       **UNITED STATES MAGISTRATE JUDGE**

---

[1] Kilolo Kijakazi was named the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the proper party defendant to this action.